IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**BRADEN MICHAEL PURCELL**                                                                          **PLAINTIFFS**

v.                                        CASE NO. 2:13-CV-02099-PKH

**SEBASTIAN COUNTY SHERIFF,
BILL HOLLENBECK, and SEBASTIAN
COUNTY SHERIFF'S DEPUTY,
BRYAN D. FULLER**                                                                                  **DEFENDANTS**

## ANSWER TO COMPLAINT

Come now the Defendants, Bill Hollenbeck and Bryan Fuller, in their individual capacity and official capacity, and for their Answer to Plaintiff's Complaint, state the following:

1.  Paragraphs 1, 2, and 3 of Plaintiff's Complaint contains legal conclusions and conclusions which do not require a response; to the extent a response is deemed necessary, Defendants deny any and all alleged wrongdoing.

2.  Defendants deny the allegations contained in paragraphs 4 and 5 of the Plaintiff's Complaint.

3.  Defendants are without sufficient information or knowledge to admit the veracity of the allegations contained in paragraph 6 of the Plaintiff's Complaint, and therefore, denies the same.

4.  Defendants admit that Bill Hollenbeck is the Sebastian County Sheriff and is a citizen and resident of Sebastian County, Arkansas.  Defendants affirmatively state that Sheriff Hollenbeck has the decision making authority granted to any Sheriff within the State of Arkansas, but denies the basis and characterization of each and every remaining allegation contained in paragraph 7 of Plaintiff's Complaint.

5.	Defendants admit that Bryan D. Fuller is a citizen and resident of Sebastian County, Arkansas and is a Sebastian County Sheriff's Deputy.  Defendants denies the basis and characterization of each and every remaining allegation in paragraph 8 of Plaintiff's Complaint.

6.	Paragraphs 9 and 10 of Plaintiff's Complaint call for a legal conclusion which does not require a response; to the extent a response is deemed necessary, Defendant states that jurisdiction and venue are proper.

7.	Defendants affirmatively state that on February 7, 2013, Sebastian County Sheriff's Office SWAT team was entering a residence in Sebastian County and that Defendant Fuller made contact with the Plaintiff, but Defendants deny the basis and characterization of each and every allegation contained in paragraphs 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 27, 28, 29, 32, 33, 34, 35, 36, 37, 38, 40, of Plaintiff's Complaint and further, denies any and all allegations of wrongdoing.

8.	Defendants are without sufficient information or knowledge to admit or deny the veracity of the allegations contained in paragraphs 25, 26, 30, 31, 39 of Plaintiff's Complaint, and therefore, denies the same.

9.	Paragraphs 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55 (including sub-paragraphs a., b., c., d., e., and f.), 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85 (including sub-paragraphs a., b., c., d., e., f., g. and h.  of Plaintiff's Complaint contains legal conclusions which do not require a response; to the extent a response is deemed necessary, Defendants deny same.  Defendants further deny that Plaintiff is entitled to any relief requested.

10.	The Defendants respectfully demand a jury trial and also join in Plaintiff's request for a jury trial.

11. The Defendants deny each and every allegation of Plaintiff's Compliant not specifically admitted herein.

12. The Defendants assert and reserve the right to file an Amended Answer or other appropriate pleadings and to allege any affirmative defense(s) that might be available after they have had a reasonable opportunity to investigate the allegations set forth in Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

13. The Defendants assert the following affirmative defenses:

    A. Qualified immunity;

    B. Statutory tort immunity;

    C. Sovereign immunity;

    D. Justification;

    E. Punitive damages immunity;

    E. Mootness of any requested injunctive relief; and

    F. The Plaintiff has failed to state a claim upon which relief can be granted;

WHEREFORE, Defendants pray that the Plaintiff's Complaint be dismissed and for any and all other just and proper relief to which he is entitled.

    Respectfully submitted,

    Bill Hollenbeck *and* Bryan Fuller,
    *in their individual and official capacities*
    *Sebastian County Defendants*,

    RAINWATER, HOLT & SEXTON, P.A.
    P.O. Box 17250
    6315 Ranch Drive
    Little Rock, AR 72222-7250
    Telephone: (501) 868-2500
    Telefax: (501) 868-2505

By:    */s/ Geoffrey Thompson*
        Michael R. Rainwater, #79234
        Geoffrey Thompson, #2002092

## CERTIFICATE OF SERVICE

    I hereby certify that on May 16, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

| | |
|---|---|
| Mr. Bruce L. Mulkey | Mr. Charles M. Kester |
| The Milkey Attorney's Group P.A. | Kester Law Firm |
| 1039 W. Walnut Suite 3 | P.O. Box 184 |
| Rogers, AR 72756 | Fayetteville, AR 72702 |

       */s/ Geoffrey Thompson*
       Geoffrey Thompson
       Attorney for Defendants
       RAINWATER, HOLT & SEXTON, P.A.
       P.O. Box 17250
       6315 Ranch Drive
       Little Rock, Arkansas  72222-7250
       Telephone (501) 868-2500
       Telefax (501) 868-2505