## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**BRADEN MICHAEL PURCELL**                                            **PLAINTIFF**

v.                              **CASE NO. 2:13-CV-02099-PKH**

**SEBASTIAN COUNTY SHERIFF,**
**BILL HOLLENBECK; and SEBASTIAN**
**COUNTY SHERIFF'S DEPUTY,**
**BRYAN D. FULLER**                                                  **DEFENDANTS**

### NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT UNDER RULE 68

Comes now the Plaintiff, and for his Notice of Acceptance of Offer of Judgment Under Rule 68, states the following:

1.      As part of the parties plan for resolution of this case, Defendant Bryan Fuller has extended an Offer of Judgment in this matter under Rule 68 of the Federal Rules of Civil Procedure. See Ex. 1, Fuller's Offer of Judgment dated July 15, 2014.

2.      The Plaintiff has agreed to accept Defendant Fuller's Offer of Judgment.

3.      In conjunction with the stipulated dismissal of all other Defendants, filed contemporaneously herewith, the litigation of this case will come to an end.  The parties jointly request that the trial of this matter be canceled and that the case be closed.

WHEREFORE, the Plaintiff respectfully notifies the Court of its acceptance of Defendant Fuller's Offer of Judgment, and requests that Judgment be entered herein accordingly.


Respectfully submitted,

Braden Michael Purcell,
*Plaintiff*,

BAILEY & OLIVER LAW FIRM

3603 West Southern Hill Boulevard
Rogers, AR 72758
Telephone: (479) 202-5200
Telefax: (479) 202-5605

By: _____

Bruce Mulkey    AR Bar# 91026
Sach Oliver     AR Bar# 2006251

## CERTIFICATE OF SERVICE

I hereby certify that on July 15th, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Jason Owens
Colin Wall
6315 Ranch Drive
Littel Rock, AR 72223

Bruce Mulkey

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRADEN MICHAEL PURCELL                                        PLAINTIFF

v.                              CASE NO. 2:13-CV-02099-PKH

SEBASTIAN COUNTY SHERIFF,
BILL HOLLENBECK; and SEBASTIAN
COUNTY SHERIFF'S DEPUTY,
BRYAN D. FULLER                                              DEFENDANTS

## BRYAN FULLER'S RULE 68 OFFER OF JUDGMENT

Comes now Defendant Bryan Fuller, in individual capacity, and for his Rule 68 Offer of

Judgment, does state as follows:

1.      Upon acceptance of this Rule 68 Offer of Judgment and a stipulation of dismissal as

to the remaining Defendants in this action, Defendant Fuller shall pay to Plaintiff, Braden Michael

Purcell, the sum of Forty Thousand ($40,000.00) Dollars as damages.

2.      If this offer is accepted:

        a.      Plaintiff agrees a judgment will be entered in the amount set forth herein, and

        b.      Defendant Fuller agrees to pay, in addition to Forty Thousand ($40,000.00)

Dollars as damages, Plaintiff's reasonable attorney's fees and costs attributable to Plaintiff's instant

cause of action against the Defendants, as agreed upon by the parties and their counsel.

3.      This offer is made for the sole purpose of attempting to settle this matter without

resorting to further litigation and the matters set forth herein shall not be construed as an admission

or stipulation of liability or of any other sort.  Per Rule 68, this offer must be accepted within

fourteen (14) days after service of the offer on the Plaintiff or the offer shall be deemed withdrawn

and evidence thereof shall not be admissible except as permitted by Rule 68 in any proceeding to



determine attorney's fees and costs to any party, including those due Plaintiff as a prevailing party.

Respectfully submitted,

Bryan Fuller, in his individual capacity,
*Defendant*,

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, AR 72222-7250
Telephone: (501) 868-2500
Telefax: (501) 868-2505

By: _____

Michael R. Rainwater, #79234
Jason E. Owens, # 2003003
Colin P. Wall, #2004182

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2014, I mailed the foregoing document by Federal Express to the following:

Mr. Bruce L. Mulkey
Bailey & Oliver Law Firm
3606 West Southern Hills Blvd.
Rogers, AR 72758

Frank H. Bailey
Bailey Oliver Law Firm
3606 West Southern Hills Blvd.
Rogers, AR 72758

Sach D. Oliver
Bailey Oliver Law Firm
3606 West Southern Hills Blvd.
Rogers, AR 72758

Timothy Ryan Scott
Bailey and Oliver Law Firm
3606 West Southern Hills Blvd.
Rogers, AR 72758

 

_____
Colin P. Wall
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505