IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRADEN MICHAEL PURCELL                                                                    PLAINTIFF

v.                                    Case No. 2:13-CV-02099

BILL HOLLENBECK, Sebastian County Sheriff;
and BRYAN FULLER, Sebastian County Sheriff's Deputy                       DEFENDANTS

## JUDGMENT

In accordance with the notice of acceptance of offer of judgment (Doc. 23) and stipulation of dismissal (Doc. 24) filed by the parties to this case, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Braden Michael Purcell is to have and recover from Defendant Bryan Fuller the sum of forty thousand ($40,000) as damages. Plaintiff is also awarded his reasonable attorney's fees and costs, attributable to Plaintiff's instant cause of action against the Defendants, as agreed upon by the parties and their counsel.

IT IS FURTHER ORDERED AND ADJUDGED that all claims against Defendant Bill Hollenbeck and all claims against both Defendants in their official capacities are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED AND ADJUDGED this 16th day of July, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE