IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRADEN MICHAEL PURCELL                                                        PLAINTIFF

v.                               Case No. 2:13-CV-02099

BRYAN FULLER                                                                  DEFENDANT

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the 16TH day of July, 2014 in favor of Braden Michael Purcell and against Bryan Fuller in the amount of $40,000.00 as damages and said judgment thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall, THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: 8/8/14

By: _____
Bruce L. Mulkey, AR Bar No. 91026
BAILEY & OLIVER LAW FIRM
3606 W. Southern Hill Blvd.
Rogers, AR 72758
Phone: (479) 202-5200
Facsimile: (479) 202-5605

*Attorney for Braden Michael Purcell*

STATE OF ARKANSAS )
)
COUNTY OF BENTON )

On the 8TH day of August, 2014 before me personally came Bruce L. Mulkey to me known and known to be a member of the firm of Bailey & Oliver Law Firm, attorney for Braden Michael Purcell in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

SUBSCRIBED AND SWORN to before me this 8TH day of August, 2014.

_____
Notary Public

My Commission Expires: May 28, 2018

ELAINE MULKEY
BENTON COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires May 28, 2018
Commission No. 12366132